# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-7112**                      **September Term, 2023**
FILED ON: MAY 24, 2024

BAINBRIDGE FUND LTD.,
        APPELLANT

v.

REPUBLIC OF ARGENTINA,
        APPELLEE

Appeal from the United States District Court
for the District of Columbia
(No. 1:22-mc-00070)

Before: HENDERSON, *Circuit Judge*, and EDWARDS and GINSBURG, *Senior Circuit Judges*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/

                                            Daniel J. Reidy
                                            Deputy Clerk

Date: May 24, 2024

Opinion for the court filed by Circuit Judge Henderson.